IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____ D.C.

05 DEC 19  PH 4: 55

THOMAS M. GOULD
US DISTRICT COURT
~~~~~~~ SON

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                            Cr. No. 05-10095-T/An

Lana Lewis,

      Defendant.

---

ORDER ON ARRAIGNMENT

---

      This cause came to be heard on December 19, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained:

      NAME:        Glen Reid
      ADDRESS:

      TELEPHONE:

      The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

      All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

      __✓__ The defendant, who is not in custody, may stand on his/her present bond.

      _____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:      conspiracy to defraud the United States

Assistant U.S. Attorney assigned to case: Ivy

Rule 32 was: _____ waived _____ not waived.

Defendant's age: __53__

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-22-05__

12

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CR-10095 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT